No. 89-6447.   GRAVES v. CAREERCOM CORP.   C. A. 3d Cir. Certiorari denied.

No. 89-6451.   WASKO v. MUNICIPAL COURT OF SAN LUIS OBISPO.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 89-6452.   BURSON v. SCOTT, WARDEN.   Sup. Ct. Ga. Certiorari denied.

No. 89-6454.   TRAMMELL v. BERRY, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89-6456.   SAUNDERS v. SULLIVAN ET AL.   C. A. 3d Cir. Certiorari denied.

No. 89-6457.   WRIGHT v. HOWSE, PAROLE OFFICER, GEORGIA STATE BOARD OF PARDONS AND PAROLES, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 89-6464.   BURROUGHS v. HERTZ RENT-A-CAR.   C. A. 6th Cir.   Certiorari denied.

No. 89-6466.   EAKINS v. LECUREUX ET AL.   C. A. 6th Cir. Certiorari denied.

No. 89-6469.   BENNETT v. TWEEDALE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 89-6470.   ELDRIDGE v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 89-6472.   FERACI v. SMITH, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 89-6479.   SUTTLES, ADMINISTRATRIX OF THE ESTATE OF SUTTLES v. CITY OF CHATTANOOGA ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 89-6488.   THEOPHILE v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 89-6491.   ESTEVES v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 89-6496.   PRZYBYCSZEWSKI v. BUBBA.   C. A. 3d Cir. Certiorari denied.